1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DOMINIQ D.L. MAYBERRY, by and )    1:08at571
through his guardian ad litem,        )
MALLORY WAFER,                        )
                                      )    ORDER GRANTING PETITION TO
                                      )    APPOINT GUARDIAN AD LITEM
            Plaintiff,                )
                                      )    (Document 5)
      v.                              )
                                      )
MICHAEL J. ASTRUE,                    )
                                      )
                                      )
            Defendant.                )
_____)

        The petition seeking to appoint Mallorey Wafer as Guardian Ad Litem for Plaintiff

Dominiq D.L. Mayberry, a minor, is GRANTED.


        IT IS SO ORDERED.

      **Dated:    October 1, 2008**            _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE

1