IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINIQ D.L. MAYBERRY, et al., | ) | 1:08cv1482 BAK (DLB) |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 18) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On June 3, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before June 29, 2009.  Defendant's opposition, if any, SHALL be filed on or before August 4, 2009.

IT IS SO ORDERED.

Dated:   **June 10, 2009**                    _____ **/s/ Dennis L. Beck** _____
UNITED STATES MAGISTRATE JUDGE

1